UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUDY ROSENBERG; JACQUELINE ROSENBERG; ELTHA JORDAN,

                Plaintiffs,

      -against-

CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-3911

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

    By order dated August 12, 2020, the Court directed Plaintiffs, within thirty days, to submit completed requests to proceed in forma pauperis ("IFP applications") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fee.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. The Clerk of Court is further directed to process the notices of appeal submitted to the Court on August 9, 2020. (ECF 14.)

SO ORDERED.

Dated:   September 14, 2020
           New York, New York

                                                Louis L. Stanton
                                                U.S.D.J.

---

[1] The Court also directed Jacqueline Rosenberg and Eltha Jordan to file motions to reopen, which they did not do.